AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| SHANE MCKINSEY, *Plaintiff* <br> v. <br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, *Defendant* | Civil Action No.   1:15-CV-0796 <br><br> (Chief Judge Conner) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X   other:   JUDGMENT be and is hereby ENTERED in favor of defendant CAROLYN W. COLVIN, Acting Commissioner of Social Security, and against plaintiff SHANE MCKINSEY, as follows: The decision of the Commissioner of Social Security denying the application for supplemental security income and disability insurance benefits of Shane McKinsey is AFFIRMED, in accordance with the court's order (Doc. 16), dated November 22, 2016.

This action was *(check one)*:

☐   tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge or Magistrate Judge _____ without a jury and the above decision

X   decided by Judge or Magistrate Judge   Chief Judge Christopher C. Conner

COMPLAINT FOR REVIEW OF HHS DECISION (SSID)

Date:   Nov 22, 2016         PETER WELSH, *ACTING CLERK OF COURT*

                             K. McKinney

                             *Signature of Clerk or Deputy Clerk*